FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983   FEB 0 7 2005

IN THE UNITED STATES DISTRICT COURT   JAMES W. McCORMACK, CLERK
FOR THE EASTERN DISTRICT OF ARKANSAS   By_____ DEP CLERK
_____ DIVISION

CASE NO. 4:05CV00148
HDY

I.  Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A.  Name of plaintiff: Bruce Williams
        ADC # 1764-05

        Address: _____

        Name of plaintiff: _____
        ADC # _____

        Address: _____

        Name of plaintiff: _____   This case assigned to District Judge Wilson
        ADC # _____   and to Magistrate Judge Young

        Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

    B.  Name of defendant: Dr Johnson

        Position: Dr

        Place of employment: PCRDF

        Address: 3201 W. Roosevelt

        Name of defendant: _____

        Position: _____

1

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

- ☐ Court (if federal court, name the district; if state court, name the county): _____

- ☐ Docket Number: _____

- ☐ Name of judge to whom case was assigned: _____

- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

- ☐ Approximate date of filing lawsuit: _____

- ☐ Approximate date of disposition: _____

IV.  Place of present confinement: _PCRDF     3201 ROOSEVELT LITTLE Rock, Ar._

V.  At the time of the alleged incident(s), were you:
(check appropriate blank)

___✓___ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.  There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

A.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _✓_   No ___

B.  If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED**

3

COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C. If your answer is NO, explain why not: _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I got arrested on the 22nd with a gunshot wound to the leg the day before I was under Doctors care for the Dressings to be changed Daily + to take medicine for pain + antibiotics I repeatedly ask to get to see the Doctor or nurse to get Something for the pain Every Shift I asked to see the Doctor or nurse on the 26th I saw the Doctor he had me take my Bandages off and he wanted to put Bandaids on the open wounds he ordered the nurse to change the Dressings Daily and to get antibiotics my wife called and talked to a lady about it + got my medicine called in to her But still I Have Had no pain medicine + my Dressings Have only Been changed once since I Have Been here.

4

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

*Drop all charges on me + Release me immediately*

*Pay for any treatments needed in future.*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

*Bruce williams*

_____
Signature(s) of plaintiff(s)